

**Candace Lee Tanner**
 1931 Rainbow Road, Unit #102
 Cheyenne, Wyoming 82001-8529

**May 27, 2026**

**Clerk of Court**
 United States District Court for the District of Wyoming
 Joseph C. O'Mahoney Federal Center
 2120 Capitol Avenue, 2nd Floor
 Cheyenne, Wyoming 82001

**Re: New Civil Action — Candace Lee Tanner v. Cheyenne Housing Authority, et al.**
 **Pro Se Civil Rights / Fair Housing Act / 42 U.S.C. § 1983 / Section 504 / ADA**
 **Emergency Motion for Temporary Restraining Order and Preliminary Injunction
Enclosed**

Dear Clerk of Court:

Please accept the enclosed documents for filing and open a new civil action. I am proceeding **pro
se.**

I respectfully request that the Clerk assign a civil case number, docket the enclosed pleadings
and motions, accept my enclosed **Application to Proceed in District Court Without
Prepaying Fees or Costs,** and bring the enclosed **Emergency Motion for Temporary
Restraining Order and Preliminary Injunction** to the attention of the assigned judicial officer
as soon as practicable.

This action asserts federal claims under the **Fair Housing Act, 42 U.S.C. §§ 3601 et seq.; 42
U.S.C. § 1983; Section 504 of the Rehabilitation Act, 29 U.S.C. § 794; and Title II of the
Americans with Disabilities Act.** The Complaint also includes related state-law claims over
which the Court may exercise supplemental jurisdiction under **28 U.S.C. § 1367.** Venue is proper
in the District of Wyoming because the events giving rise to the claims occurred in Laramie
County, Wyoming.

Plaintiff was a long-term Housing Choice Voucher participant through the Cheyenne Housing
Authority. CHA terminated Plaintiff's housing assistance in or around October 2025. Plaintiff
disputes that termination as unlawful, procedurally defective, discriminatory, retaliatory, and
contrary to federal housing requirements. Plaintiff seeks restoration or reinstatement of housing
assistance, fair process, reasonable accommodation, and related relief in this action.

Enclosed for filing are:

1. Plaintiff's Verified Complaint, Jury Trial Demanded;
2. Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction;
3. Declaration of Candace Lee Tanner in Support of Emergency Motion;
4. Proposed Order Granting Temporary Restraining Order;
5. Verification and Declaration Under Penalty of Perjury pursuant to 28 U.S.C. § 1746;
6. Certificate of Service;
7. Application to Proceed in District Court Without Prepaying Fees or Costs, Form AO 240;
8. Civil Cover Sheet, Form JS-44;
9. Proposed Summons forms, Form AO 440, for each named Defendant.

I respectfully request expedited processing because Plaintiff faces imminent housing loss, continuing retaliation, and risk of further adverse housing action. On May 8, 2026, the property-management agent served a Wyoming Twenty-Day Notice to Vacate that identifies no specific lease violation, no incident, no date, no lease provision, no evidence, and no witness. The Notice expires on or about May 28, 2026, after which Defendants may attempt to file a forcible entry and detainer action.

Plaintiff is a single mother facing imminent eviction pressure and forced displacement after engaging in protected fair-housing activity, including HUD/FHEO Inquiry No. 873217 and prior legal action. The Verified Complaint and supporting Declaration describe an escalating pattern of alleged retaliation, selective enforcement, unsafe housing conditions, police involvement, animal-control enforcement, alleged unauthorized access, property damage, intimidation, and forced relocation under duress.

Recent events include, but are not limited to:

1. The disputed October 2025 termination of Plaintiff's housing assistance by CHA;
2. The May 8, 2026 Twenty-Day Notice to Vacate;
3. A criminal trespass warning on or about May 11, 2026;
4. Alleged unauthorized access, property damage, theft, and safety concerns occurring on or about May 14 to May 15, 2026;
5. Forced relocation of belongings under duress on or about May 15 and May 20, 2026;
6. A further police contact on May 22, 2026, Cheyenne Police Department Incident No. 26-27660.

Plaintiff previously filed **Civil Action No. 2025-CV-0203882** in the First Judicial District Court of Laramie County, Wyoming. That matter was dismissed without prejudice on May 13, 2026 under W.R.C.P. 4(w) for failure to obtain timely service of summons. Plaintiff now brings this

federal action to assert federal civil rights, fair housing, disability, retaliation, due-process, and related claims, including a request for emergency relief.

Because Plaintiff is proceeding pro se, the factual allegations are verified by unsworn declaration under penalty of perjury pursuant to **28 U.S.C. § 1746**. If the Court requires any additional form, copy, fee information, summons correction, or filing correction, please notify me as soon as possible.

Thank you for your assistance.

Respectfully submitted,

**Candace Lee Tanner**
Plaintiff, Pro Se
1931 Rainbow Road, Unit #102
Cheyenne, Wyoming 82001-8529
307 921 0044

**Tanner v. Cheyenne Housing Authority.**          Cover Letter to Federal Clerk
United States District Court for the District of Wyoming