FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2026 MAY 27  PM 3: 23

MARGARET BOTKINS, CLERK
CHEYENNE

Candace Lee Tanner
1111 E. Lincolnway
Suite #106
Cheyenne, Wy. 82001
307 421 0044

May 27, 2026

Candace Tanner

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2026 MAY 27  PM 3: 23